FIRST AMERICAN TITLE INSURANCE COMPANY,
PLAINTIFF–MOVANT, v. EDWARD LAWSON,
JR., ESQ., ET AL., DEFENDANTS.

September 6, 2002.

Leave to appeal is granted.

807 A.2d 191

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DESMOND COOK, DEFENDANT, AND SHAHEED
COOK, DEFENDANT–MOVANT.

September 6, 2002.

Leave to appeal is granted.

807 A.2d 191

LAWYERS TITLE INSURANCE CORPORATION, PLAINTIFF–
MOVANT, v. EDWARD LAWSON JR., ESQ., ET AL., DE-
FENDANTS,AND ANOTHER RELATED MATTER.

September 11, 2002.

Leave to appeal is granted.